KNICKERBOCKER INSURANCE COMPANY OF NEW YORK, Plaintiff in Error, v. TINGUARO SUGAR COMPANY, Defendant in Error.

(Circuit Court of Appeals, Second Circuit. November 18, 1926.)

No. 109.

In Error to the District Court of the United States for the Southern District of New York; Francis A. Winslow, Judge.

Fox & Weller, of New York City (Robert P. Schur and Robert J. Fox, both of New York City, of counsel), for plaintiff in error.

Douglas, Armitage & McCann, of New York City (Paul Armitage, Archibald Douglas, Edward Holloway, and William C. Shanley, Jr., all of New York City, of counsel), for defendant in error.

Before MANTON, and MACK, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Judgment (16 F.[2d] 127), affirmed in open court.